IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**WAYNE GOLLIHEAIR,**

    **Plaintiff,**

**v.**                                                                                 **No. CIV-16-0795 MCA/LAM**

**PAUL BRIGHTWELL, individually, and**
**PAUL BRIGHTWELL DIRT WORKS**
**COMPANY, INC.,**

    **Defendants.**

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on September 30, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 8*], filed September 15, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**